UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-00164-1D

| UNITED STATES OF AMERICA | ORDER GRANTING MOTION TO RESCHEDULE ARRAIGNMENT |
|---|---|
| v. | |
| GREGORY LEE BELLAMY | |

Upon motion by the defendant by and through counsel, and for good cause shown, it is

hereby ORDERED that the defendant's arraignment is rescheduled from February 22, 2021 to

January 11, 2021.

SO ORDERED, this ___11___ day of __December__, 2020.

_____
JAMES C. DEVER III
United States District Judge