UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:20-CR-000164-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL |
| v. | |
| GREGORY LEE BELLAMY | |

This matter having come before the Court by the Defendant's motion for leave to file

document under seal, it is ORDERED that the motion is granted.

SO ORDERED.


This ___8___ day of March, 2021.


JAMES C. DEVER III.
UNITED STATES DISTRICT JUDGE