UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:20-CR-000164-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY LEE BELLAMY | ORDER GRANTING MOTION<br>FOR LEAVE TO FILE<br>DOCUMENT UNDER SEAL |

This matter having come before the Court by the Defendant's motion for leave to file document under seal, it is ORDERED that the motion is granted.

ENTER:

This __16__ day of November 2021.

_____
JAMES C. DEVER III.
UNITED STATES DISTRICT JUDGE